IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANDY TORBERT, et al.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0284-CG-B |
| | ) | |
| **ADVANCED DISPOSAL SERVICES, ALABAMA, LLC., et al.,** | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 21, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiffs' Motion to Remand (Doc. 4) is **GRANTED**, and the Plaintiffs' request for costs and fees is **DENIED**. The clerk of court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Mobile County, Alabama, from whence it was removed.

**DONE and ORDERED** this 24th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE